# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JUSTIN ROBERTSON, | : | No. 805 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.